## Greble's Estate (No. 2).

Argued Dec. 14, 1900.   Appeal, No. 179, Oct. T., 1900, by Clara F. Griffith et al., from decree of O. C. Phila. Co., April T., 1886, No. 176, dismissing petition for an order in the estate of Edwin Greble, deceased.   Before RICE, P. J., BEAVER, OR-LADY, W. W. PORTER and W. D. PORTER, JJ.,   Affirmed.

OPINION BY WILLIAM W. PORTER, J., January 22, 1901:

For the reasons given in the opinion, this day filed, in the appeal of Brower et al., in this estate, taken from the same decree, the above entitled appeal is dismissed and the decree affirmed.